NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDDIE A. MANTILLA,<br><br>        Plaintiff,<br><br>v.<br><br>SOLED OUT JC LIMITED LIABILITY COMPANY, et al.,<br><br>        Defendants. | Civil Action No. 24-7233 (SDW) (MAH)<br><br>**ORDER**<br><br>May 19, 2025 |

**WIGENTON**, District Judge.

    Before this Court is Magistrate Judge Michael A. Hammer's ("Judge Hammer") Report and Recommendation (D.E. 46 ("R&R")), dated April 30, 2025, which recommends that this Court dismiss Plaintiff Eddie A. Mantilla's ("Plaintiff") Amended Complaint, (D.E. 9), with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure ("Rule") 41(b). No objections have been filed. This Court has reviewed the reasons set forth by Judge Hammer in his R&R and the record in this matter. Based on the foregoing, and for good cause shown, it is hereby

    **ORDERED** that Judge Hammer's R&R is **ADOPTED** as the conclusions of law of this Court, and it is further

    **ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE.**

    **SO ORDERED.**

2

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:    Parties
       Michael A. Hammer, U.S.M.J.